HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2512
Tel: 916-498-5700/Fax: 916-498-5710
heather_williams@fd.org

Attorney for Defendant
ELIAS HERNANDEZ VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-164 MCE |
| Plaintiff, | **MOTION TO WITHDRAW THE FEDERAL DEFENDER AND ORDER GRANTING WITHDRAWAL AND APPOINTING COUNSEL** |
| vs. | |
| ELIAS HERNANDEZ VALENCIA, | |
| Defendant. | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel. The Federal Defender, appointed since the Initial Appearance, is unable to continue representing the defendant and moves to withdraw from representation and have Hayes Gables, who is willing to accept appointment, appointed effective February 6, 2019.

DATED: February 8, 2019　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Heather E. Williams*
　　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

1

## ORDER

Upon the Federal Defender's Motion and good cause appearing, the Federal Defender's Motion to Withdraw and appointing Hayes Gables, effective February 6, 2019 is granted.

IT IS SO ORDERED.

Dated: February 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE