TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
FILIBERTO MADRIGAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-00164 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE UNTIL MAY 30, 2019 AT 10:00 A.M.** |
| v. | |
| Francisco Loya-Solarzano, et al | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants:

1. Elias Hernandez-Valencia
2. Filiberto Madrigal
3. Luis Armando Rios Garcia
4. Georgina Carrillo Ayala
5. Jose Francisco Buenavida
6. Jose Antonio Pantoja Estrada
7. Bart Richard Hughes
8. Jose Manuel Rodriguez

1

9. Roberto Mercado-Rangel

by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney James Conolly, that the status conference presently set for April 4, 2019, should be continued to May 30, 2019, at 10:00 a.m. and that time under the Speedy Trial Act should be excluded from April 4, 2019 through May 30, 2019.

The reason for the continuance is that the parties are still reviewing discovery. Discovery consists of 415 pages of numbered discovery and 6 DVDs containing other materials. Defense counsel needs additional time to continue to review discovery, communicate with the Government and their respective clients, discuss possible resolutions and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between April 4, 2019 and May 30, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Defense counsel for the defendants and AUSA James Conolly have authorized Ms. White to sign this pleading for them.

Dated: April 1, 2019

U.S. ATTORNEY
/s/ Toni White
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: April 1, 2019

/s/ Toni White for
HAYES H. GABLE III
Attorney for Defendant
Elias Hernandez-Valencia

Dated:  April 1, 2019 /s/ Toni White for
PETER KMETO
Attorney for Defendant
Luis Armando Rios Garcia

Dated:  April 1, 2019 /s/ Toni White for___
TASHA CHALFANT
Attorney for Defendant
Georgina Carrillo Ayala

Dated:  April 1, 2019 /s/ Toni White for
OLAF HEDBERG
Attorney for Defendant
Jose Francisco Buenavida

Dated:  April 1, 2019 /s/ Toni White for
DINA SANTOS
Attorney for Defendant
Jose Antonio Pantoja Estrada

Dated:  April 1, 2019 /s/ Toni White for
ALIN CINTEAN
Attorney for Defendant
Bart Richard Hughes

Dated:  April 1, 2019 /s/ Toni White for   
DAVID D. FISCHER
Attorney for Defendant
Jose M. Rodriguez

| | |
|---|---|
| Dated:  April 1, 2019 | /s/ Toni White for<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>Roberto Mercado-Rangel |
| Dated:  April 1, 2019 | /s/ Toni White<br>TONI WHITE<br>Attorney for Defendant<br>Filiberto Madrigal |

**ORDER**

IT IS SO ORDERED.

Dated:  April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE