TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 344-9298

Attorney for Defendant
FILIBERTO MADRIGAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:18-CR-00164 MCE |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE UNTIL AUGUST 22, 2019 AT 10:00 A.M.** |
| Francisco Loya-Solarzano, et al | ) |
| Defendants. | ) |

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants:

1. Elias Hernandez-Valencia
2. Filiberto Madrigal
3. Luis Armando Rios Garcia
4. Georgina Carrillo Ayala
5. Jose Francisco Buenavida
6. Jose Antonio Pantoja Estrada
7. Bart Richard Hughes
8. Jose Manuel Rodriguez

1

9. Roberto Mercado-Rangel

by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney James Conolly, that the status conference presently set for June 6, 2019, should be continued to August 22, 2019, at 10:00 a.m. and that time under the Speedy Trial Act should be excluded from June 6, 2019 through August 22, 2019.

The reason for the continuance is that the parties are still reviewing discovery. Discovery consists of 415 pages of numbered discovery and 6 DVDs containing other materials.  Defense counsel needs additional time to continue to review discovery, communicate with the Government and their respective clients, discuss possible resolutions and prepare for trial.  The continuance is necessary to ensure continuity of counsel and for defense preparation.  Accordingly, the time between June 6, 2019 and August 22, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.

Prior to the filing of this stipulation and proposed order, time had been excluded through May 30, 2019. By this stipulation, the parties stipulate and request that the time period of May 30, 2019 to June 6, 2019 should be included in the above-referenced exclusion of time. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Defense counsel for the defendants and AUSA James Conolly have authorized Ms. White to sign this pleading for them.

Dated:  May 26, 2019                                         U.S. ATTORNEY
                                                             /s/ Toni White
                                                             JAMES CONOLLY
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff


Dated:  May 26, 2019                                         /s/ Toni White for
                                                             HAYES H. GABLE III

|   |   |
|---|---|
|   | Attorney for Defendant<br>Elias Hernandez-Valencia |
| Dated: May 26, 2019 | /s/ Toni White for<br>PETER KMETO<br>Attorney for Defendant<br>Luis Armando Rios Garcia |
| Dated: May 26, 2019 | /s/ Toni White for<br>TASHA CHALFANT<br>Attorney for Defendant<br>Georgina Carrillo Ayala |
| Dated: May 26, 2019 | /s/ Toni White for<br>OLAF HEDBERG<br>Attorney for Defendant<br>Jose Francisco Buenavida |
| Dated: May 26, 2019 | /s/ Toni White for<br>DINA SANTOS<br>Attorney for Defendant<br>Jose Antonio Pantoja Estrada |
| Dated: May 26, 2019 | /s/ Toni White for<br>ALIN CINTEAN<br>Attorney for Defendant<br>Bart Richard Hughes |
| Dated: May 26, 2019 | /s/ Toni White for<br>DAVID D. FISCHER<br>Attorney for Defendant<br>Jose M. Rodriguez |
| Dated: May 26, 2019 | /s/ Toni White for<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>Roberto Mercado-Rangel |

Dated: May 26, 2019 /s/ Toni White
TONI WHITE
Attorney for Defendant
Filiberto Madrigal

**ORDER**

IT IS SO ORDERED.

Dated: May 29, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE