HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
CAROLYN M. WIGGIN, State Bar #182732
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
ELIAS HERNANDEZ VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIAS HERNANDEZ VALENCIA,<br><br>　　　　Defendant. | Case No. 2:18-cr-00164-KJM-2<br><br>**STIPULATION SETTING FORTH BRIEFING SCHEDULE FOR MOTION UNDER 28 U.S.C. SECTION 2255; ORDER**<br><br>Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James R. Conolly, attorney for Plaintiff, and Federal Defender Heather E. Williams through Assistant Federal Defender Carolyn M. Wiggin, attorney for Elias Hernandez Valencia, that the following briefing schedule shall apply:

- Defendant shall file an amended motion under 28 U.S.C. Section 2255, or supplemental brief in support of the *pro se* motion (CM/ECF No. 495), by September 13, 2024;
- the Government shall file its response by November 15, 2024; and
- Defendant may file an optional reply brief by January 6, 2025.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: March 20, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Defendant
ELIAS HERNANDEZ VALENCIA

Dated: March 20, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ James R. Conolly
JAMES R. CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

GOOD CAUSE appearing,

- Defendant shall file an amended motion under 28 U.S.C. Section 2255, or supplemental brief in support of the *pro se* motion (CM/ECF No. 495), by September 13, 2024;
- the Government shall file its response by November 15, 2024; and
- Defendant may file an optional reply brief by January 6, 2025.

IT IS SO ORDERED.

DATED: March 25, 2024.

CHIEF UNITED STATES DISTRICT JUDGE