HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CAROLYN M. WIGGIN, SBN 182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, California 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
ELIAS HERNANDEZ VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ELIAS HERNANDEZ VALENCIA, <br><br> Defendant. | Case No.  2:18-cr-00164-KJM-2 <br><br> **ORDER GRANTING DEFENDANT ELIAS HERNANDEZ VALENCIA'S MOTION TO ALLOW DEFENSE A COPY OF SEALED TRANSCRIPTS OF IN CAMERA HEARING** <br><br> Judge: Hon. Kimberly J. Mueller |

It is ordered that the transcript of *in camera* proceedings on April 5, 2022, shall be provided to defense counsel upon payment of the costs for generating the transcript.

Defendant shall bear the cost of generating the transcript at the standard rate.

Dated:  April 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1