HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
CAROLYN M. WIGGIN, State Bar #182732
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
ELIAS HERNANDEZ VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00164-KJM-2 |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION REVISING BRIEFING SCHEDULE FOR MOTION UNDER 28 U.S.C. SECTION 2255; ORDER** |
| v. | ) ) | |
| ELIAS HERNANDEZ VALENCIA, | ) ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James R. Conolly, attorney for Plaintiff, and Federal Defender Heather E. Williams through Assistant Federal Defender Carolyn M. Wiggin, attorney for Elias Hernandez Valencia, that, in light of Defendant's counsel's need for additional time to review records, the current briefing schedule at CM/ECF No. 504 be vacated and the following briefing schedule be put in place:

- Defendant shall file an amended motion under 28 U.S.C. Section 2255, or supplemental brief in support of the *pro se* motion (CM/ECF No. 495), by October 28, 2024;
- the Government shall file its response by January 13, 2025; and
- Defendant may file an optional reply brief by February 10, 2025.

/ / /

Respectfully submitted,

Dated: August 21, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Defendant
ELIAS HERNANDEZ VALENCIA

Dated: August 21, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ James R. Conolly
JAMES R. CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

GOOD CAUSE appearing,

- the current briefing schedule at CM/ECF No. 504 is vacated;

- Defendant shall file an amended motion under 28 U.S.C. Section 2255, or supplemental brief in support of the *pro se* motion (CM/ECF No. 495), by October 28, 2024;

- the Government shall file its response by January 13, 2025; and

- Defendant may file an optional reply brief by February 10, 2025.

IT IS SO ORDERED.

Dated: August 22, 2024.

CHIEF UNITED STATES DISTRICT JUDGE