1  MICHELE BECKWITH
   Acting United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-00164-KJM

11                          Plaintiff,     STIPULATION REGARDING SCHEDULE
                                           FOR DEFENDANT'S MOTION TO VACATE
12                  v.                     PURSUANT TO 28 U.S.C. § 2255;
                                           ORDER
13  ELIAS HERNANDEZ VALENCIA,

14                          Defendant.

15

16

17

18

19                          **STIPULATION**

20          Plaintiff United States of America (the "government"), by and through its counsel of record, and

21  the defendant, by and through his counsel of record, hereby stipulate as follows:

22          1.      On October 28, 2024, the Defendant filed an amended motion to vacate pursuant to 28

23  U.S.C. § 2255.  ECF 538.  The Government's response is due January 13, 2025.  ECF 535.

24          2.      Counsel for the Government has been preparing for trial in Fresno for the past several

25  weeks in *US v. Bash, et al.* 1:20-CR-00238-JLT-SKO, beginning January 14, 2025 and is expected to

26  last several weeks.  The Defendant does not oppose the Government's request.

27          3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

28  schedule on the Defendant's amended motion as follows:

1       a)     The Government's response to the Defendant's amended motion is to be filed on

2  or before March 28, 2025;

3       b)     The Defendant's reply to the Government's response to be filed on or before

4  April 25, 2025.

5  IT IS SO STIPULATED.

7  Dated:  January 13, 2025             MICHELE BECKWITH
                             Acting United States Attorney

9                           */s/ James R. Conolly*
                             JAMES R. CONOLLY

10                         Assistant United States Attorney

12  Dated: January 13, 2025              HEATHER E. WILLIAMS
                             Federal Defender

14                           */s/ Carolyn M. Wiggin*
                             CAROLYN M. WIGGIN

15                         Assistant Federal Defender
                             Attorney for Defendant

16                         Elias Hernandez Valencia

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's amended 28 U.S.C. § 2255 motion:

     a)     The Government's response to the Defendant's amended motion, (ECF 538), is now due on or before March 28, 2025; and

     b)     The Defendant's reply to the Government's response, if any, is due on or before April 25, 2025.

IT IS SO FOUND AND ORDERED this 14th day of January, 2025.

UNITED STATES DISTRICT JUDGE