MICHELE BECKWITH
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIAS HERNANDEZ-VALENCIA,<br><br>Defendant. | CASE NO. 2:18-CR-164-KJM<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the Defendant, by and through his counsel of record, hereby stipulate as follows:

1. On October 28, 2024, the Defendant filed an amended motion to vacate pursuant to 28 U.S.C. § 2255. ECF 538. By previous order, the Court revised the briefing schedule for government's response to be due April 28, 2025. ECF 551.

2. Counsel for the Government has been working to prepare its response to Defendant's motion while also preparing for another trial set to commence on May 13, 2025. That case has just been resolved (on April 28, 2025), by way of an open plea, but has taken up a significant amount of time.

3. The government still requires additional time to speak to the defendant's former counsel, which is necessary, in part, to determine whether there is room to resolve some of the defendant's claims without further litigation.

4. For these reasons, the Government requests that the Court modify the briefing schedule to allow the government an additional 30 days to respond.

5. Government counsel has conferred with Defendant's counsel, who had indicated that she does not oppose the Government's request.

6. Accordingly, by this stipulation, the parties jointly request that the Court amend the briefing schedule on the Defendant's amended motion as follows:

a) The Government's response to the Defendant's amended motion is to be filed on or before May 28, 2025;

b) The Defendant's reply to the Government's response then to be filed on or before June 27, 2025.

**IT IS SO STIPULATED**.

Dated: April 28, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: April 28, 2025

/s/ CAROLYN WIGGIN
CAROLYN WIGGIN
Counsel for Defendant
ELIAS HERNANDEZ-VALENCIA

### ORDER

IT IS SO FOUND AND ORDERED. The Court amends the briefing schedule on the Defendant's amended motion as follows:

a. The Government's response to the Defendant's amended motion is to be filed on or before May 28, 2025; and

b. The Defendant's reply to the Government's response then to be filed on or before June 27, 2025.

DATED: May 6, 2025.

UNITED STATES DISTRICT JUDGE