MICHELE BECKWITH
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIAS HERNANDEZ-VALENCIA, <br><br> Defendant. | CASE NO. 2:18-CR-164-KJM <br><br> STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the Defendant, by and through his counsel of record, hereby stipulate as follows:

1. On October 28, 2024, the Defendant filed an amended motion to vacate pursuant to 28 U.S.C. § 2255. ECF 538. By previous orders, the Court revised the briefing schedule for government's response to be due May 28, 2025. ECF 563.

2. Counsel for the government and defense counsel have been conferring regarding potential resolution of this matter. In the meantime, the government has been working to prepare its response to Defendant's motion, including speaking with defendant's former counsel, which is necessary, in part, to determine whether there is room to resolve some of the defendant's claims without further litigation.

3. For these reasons, the Government requests that the Court modify the briefing schedule to

1. allow the government an additional 30 days to respond.

4. Government counsel has conferred with Defendant's counsel, who had indicated that she does not oppose the Government's request.

5. Accordingly, by this stipulation, the parties jointly request that the Court amend the briefing schedule on the Defendant's amended motion as follows:

    a) The Government's response to the Defendant's amended motion is to be filed on or before June 27, 2025;

    b) The Defendant's reply to the Government's response then to be filed on or before August 15, 2025.

**IT IS SO STIPULATED**.

Dated: June 3, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: June 3, 2025

HEATHER WILLIAMS
Federal Defender

/s/ CAROLYN WIGGIN
CAROLYN WIGGIN
Assistant Federal Defender
Counsel for Defendant
ELIAS HERNANDEZ-VALENCIA

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of June 2025.

_____
KIMBERLY J. MUELLER
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA