MICHELE BECKWITH
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ELIAS HERNANDEZ-VALENCIA,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-CR-164-KJM<br><br>ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND PERMITTING DISCOVERY |

**ORDER**

Defendant-Movant Elias Hernandez-Valencia, having asserted claims of trial counsel's ineffectiveness in his motion to vacate plea and sentence, pursuant to 28 U.S.C. § 2255 (ECF. Nos. 495 and 538), has waived his attorney-client privilege with respect to communications between him and his previous attorney, Michael Hansen, and any other person employed by, or working with, such prior counsel as part of the defense team, concerning matters relating to counsel's advice to Hernandez-Valencia regarding his decision to plead guilty and the potential sentencing exposure following a guilty plea or conviction at trial, including, but not limited to, advice regarding the application of the United States Sentencing Guidelines to the defendant's case, sentencing for crimes involving methamphetamine, the possible penalties to which the defendant was exposed, and any other advice trial counsel provided with respect to a guilty plea in this case.

/////

     Mr. Hansen is hereby permitted to disclose freely to the parties and the Court any relevant information bearing on those issues, including by producing documents and by answering questions as a witness.  The government is permitted to seek evidence from Mr. Hansen by way of declaration or deposition, for the purposes of responding to Hernandez-Valencia's claims.

     Accordingly, the scheduled hearing in this matter is VACATED.

     IT IS SO FOUND AND ORDERED.

DATED:  July 2, 2025.

_____
UNITED STATES DISTRICT JUDGE