MICHELE BECKWITH
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIAS HERNANDEZ-VALENCIA,<br><br>Defendant. | CASE NO. 2:18-CR-164-KJM<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the Defendant, by and through his counsel of record, hereby stipulate as follows:

1. On October 28, 2024, the Defendant filed an amended motion to vacate pursuant to 28 U.S.C. § 2255. ECF 538. By previous orders, the Court revised the briefing schedule for government's response, setting it to be filed by June 27, 2025. ECF 565.

2. Counsel for the government and defense counsel have been conferring regarding potential resolution of this matter but have been unable to reach a resolution, despite best efforts by all parties. Consequently, the government requires further time to investigate, to seek discovery, including speaking with defendant's former counsel, and to prepare its response otherwise. To that end, the government will be filing a motion, contemporaneously with this stipulation, asking the Court to find that the defendant has waived his attorney-client privilege with respect to certain claims in his § 2255

motion and permitting the government to pursue discovery on those issues.

3. For these reasons, the Government requests that the Court modify the briefing schedule to allow the government an additional 60 days to respond.

4. Government counsel has conferred with Defendant's counsel, who had indicated that she does not oppose the Government's request for a revised briefing schedule.

5. Accordingly, by this stipulation, the parties jointly request that the Court amend the briefing schedule on the Defendant's amended motion as follows:

a) The Government's response to the Defendant's amended motion is to be filed on or before August 26, 2025;

b) The Defendant's reply to the Government's response then to be filed on or before September 16, 2025.

**IT IS SO STIPULATED**.

Dated: June 25, 2025                MICHELE BECKWITH
                                    Acting United States Attorney

                                    /s/ JAMES R. CONOLLY
                                    JAMES R. CONOLLY
                                    Assistant United States Attorney

Dated: June 25, 2025                HEATHER WILLIAMS
                                    Federal Defender

                                    /s/ CAROLYN WIGGIN
                                    CAROLYN WIGGIN
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    ELIAS HERNANDEZ-VALENCIA

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of July, 2025. The parties' joint request to amend the briefing schedule is GRANTED. The amended schedule is as follows:

a) The Government's response to the Defendant's amended motion is due on or before August 26, 2025; and

b) The Defendant's reply to the Government's response is due on or before September 16, 2025.

DATED: July 2, 2025.

UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE                    2