HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant-Movant
ELIAS HERNANDEZ VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00164-KJM |
|---|---|
| Plaintiff, | ) Order |
| vs. | ) |
| ELIAS HERNANDEZ VALENCIA, | ) |
| Defendant-Movant. | ) |

The Court has considered Mr. Elias Hernandez-Valencia's unopposed request to file a brief in response to this Court's minute order of October 2, 2025 (ECF 582) one day beyond the October 9, 2025, deadline. Good cause appearing, it is hereby ORDERED that Mr. Hernandez Valencia is granted a one-day extension of time to file his brief in response to this Court's minute order of October 2, 2025. The Clerk of the Court is directed to file Mr. Hernandez-Valencia's brief in response to this Courts minute order of October 2, 2025, attached as Exhibit A to ECF No. 585, in the docket for this matter.

IT IS SO ORDERED.

DATED: October 15, 2025.

UNITED STATES DISTRICT JUDGE

Order