ERIC GRANT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00164-KJM |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i); ORDER |
| v. | |
| ELIAS HERNANDEZ VALENCIA, | |
| Defendant. | |

**STIPULATION**

The United States, by and through its counsel of record, and the defendant, by and through counsel of record, hereby stipulate as follows:

1. On September 12, 2025, Hernandez Valencia filed a Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). ECF 571. There is no current response due date.

2. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Petitioner's § 3582 motion as follows:

   a) The United States' response to the Defendant's § 3582 motion is to be filed on or before October 22, 2025;

   b) The Defendant's reply to the United States' response to be filed on or before November 5, 2025.

IT IS SO STIPULATED.

Dated: October 8, 2025

ERIC GRANT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

HEATHER E. WILLIAMS
FEDERAL DEFENDER

Dated: October 8, 2025

/s/ *Carolyn Wiggin*
CAROLYN WIGGIN
Attorneys for Defendant
Elias Hernandez Valencia

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's § 3582 motion:

a) The United States' response to the Defendant's § 3582 motion is now due on or before October 22, 2025; and

b) The Defendant's reply to the United States' response, if any, is due on or before November 5, 2025.

IT IS SO FOUND AND ORDERED this 15th day of October, 2025.

UNITED STATES DISTRICT JUDGE