ERIC GRANT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00164-KJM |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) |
| v. | ORDER |
| ELIAS HERNANDEZ VALENCIA, | |
| Defendant. | |

**STIPULATION**

The United States, by and through its counsel of record, and the defendant, by and through counsel of record, hereby stipulate as follows:

1.     On September 12, 2025, Hernandez Valencia filed a Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  ECF 581.

2.     Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Petitioner's § 3582 motion as follows:

        a)     The United States' response to the Defendant's § 3582 motion is to be filed on or before October 29, 2025;

        b)     The Defendant's reply to the United States' response to be filed on or before November 12, 2025.

1    IT IS SO STIPULATED.

2

3    Dated:  October 27, 2025                    ERIC GRANT
                                                 United States Attorney
4
                                                 /s/ *James R. Conolly*
5                                                JAMES R. CONOLLY
                                                 Assistant United States Attorney
6
                                                 HEATHER E. WILLIAMS
7                                                FEDERAL DEFENDER

8    Dated: October 27, 2025                     /s/ *Carolyn Wiggin*
                                                 CAROLYN WIGGIN
9                                                Attorneys for Defendant
                                                 Elias Hernandez Valencia
10

11                                    **ORDER**

12       Based upon the stipulation and representations of the parties, the Court adopts the following as a

13   revised briefing schedule regarding the Defendant's § 3582 motion:

14       a)      The United States' response to the Defendant's § 3582 motion is now due on or before

15   October 29, 2025; and

16       b)      The Defendant's reply to the United States' response, if any, is due on or before

17   November 12, 2025.

18       IT IS SO FOUND AND ORDERED this 28th day of October, 2025.

19

20

21                                                 _____
                                                   UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28