UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-0164-KJM-SCR-2 |
| Respondent, | |
| v. | ORDER |
| ELIAS HERNANDEZ VALENCIA, | |
| Movant. | |

Movant is a federal prisoner proceeding through appointed counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. This matter was referred to the undersigned for the purpose of conducting an evidentiary hearing on Claim One and "presenting findings and recommendations based on the record created at the hearing." ECF Nos. 589, 593. Therefore, the court sets this matter for a status conference on November 13, 2025 at 10:00 a.m. in Courtroom 27.

The parties shall be prepared to discuss the scheduling of the evidentiary hearing, its expected duration, and whether either party intends to file an evidentiary hearing brief. Prior to the status conference, the parties shall meet and confer with any anticipated witness to determine his or her availability. Counsel for movant shall also be prepared to provide the court with movant's current place of incarceration so that the court can issue a writ of habeas corpus ad testificandum to secure movant's presence for the hearing.

1       Accordingly, IT IS HEREBY ORDERED that this matter is set for a status conference on
2  November 13, 2025 at 10:00 a.m. in Courtroom 27.
3  DATED: October 30, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE