UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-0164-KJM SCR |
| Respondent, | |
| v. | ORDER |
| ELIAS HERNANDEZ-VALENCIA, | |
| Movant. | |

Movant is a federal prisoner proceeding through appointed counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. In light of the parties' representations made at the November 13, 2025 status conference, the court hereby sets this matter for an evidentiary hearing limited to claim one of movant's amended § 2255 motion on February 3, 2026 at 9:00 a.m. in Courtroom 27.

The parties may, but are not required, to file briefs in advance of the evidentiary hearing addressing both prongs of <u>Strickland v. Washington</u>, 466 U.S. 668 (1984), in light of movant's claim that his defense attorney advised him that his maximum sentencing exposure was 16 years in prison resulting in an unknowing and involuntary guilty plea. Either party may file an evidentiary hearing brief no later than **January 13, 2026**. The Court will discuss post-hearing briefing with the parties at the conclusion of the evidentiary hearing.

Neither party indicated the need for formal discovery in this matter pursuant to Rule 6 of

1

1  the Rules Governing Section 2255 Proceedings.  Therefore, the court will not issue a discovery
2  order in advance of the evidentiary hearing.
3        The parties shall file witness and exhibit lists no later than **January 20, 2026**.  Movant
4  will use numbers to mark exhibits; respondent will use letters.  All multi-page exhibits shall be
5  stapled or otherwise fastened together and each page within the exhibit should be numbered.
6  Each party may use an exhibit designated by the other.  In the event that movant and respondent
7  offer the same exhibit at the hearing, that exhibit shall be referred to by the designation by which
8  it is first identified.  Both parties shall exchange copies of their exhibits no later than **January 27,**
9  **2026**.  The parties are directed to bring an original and one copy of each exhibit to the evidentiary
10 hearing.  The original exhibit becomes the property of the court.  The copy is for bench use
11 during the evidentiary hearing.
12       By separate order, the court will issue a writ of habeas corpus ad testificandum to secure
13 movant's presence at the hearing.
14       Accordingly, IT IS HEREBY ORDERED that this case is scheduled for an evidentiary
15 hearing on February 3, 2026 at 9:00 a.m. in Courtroom 27 on the 8th floor.
16 DATED: November 17, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE