# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

      Respondent,           No. 2:18-cr-0164-DJC-SCR-2

v.

ELIAS HERNANDEZ-VALENCIA

      Movant.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Elias Hernandez-Valencia, #61726-097, a necessary and material witness in proceedings in this case on February 3, 2026, is confined in Taft Modified Community Correctional Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before the Honorable Sean C. Riordan, 8th Floor, Courtroom 27, United States District Courthouse, 501 I Street, Sacramento, California on February 3, 2026, at 9:00 a.m.

    Accordingly, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden, or any other duly authorized federal law enforcement officers, to produce the inmate named above to consult with counsel and testify in United States District Court, pursuant to 28 U.S.C. § 2241(c)(5) and <u>Pennsylvania Bureau of Correction v. U.S. Marshals Service</u>, 474 U.S. 34 (1985), at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the United States Marshal for the Eastern District of California.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Correctional Facility Manager of Taft Modified Community Correctional Facility, 330 Commerce Way, Taft, California 93268**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 8, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE