ERIC GRANT
United States Attorney
JAMES CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>ELIAS HERNANDEZ-VALENCIA,<br><br>Defendant/Movant. | CASE NO. 2:18-CR-164-DJC-SCR<br><br>STIPULATION REGARDING SCHEDULE FOR BRIEFING ON MOVANT'S 28 U.S.C. § 2255 MOTION; [~~PROPOSED~~] ORDER |

**STIPULATION**

The United States, by and through its counsel of record, and movant Elias Hernandez-Valencia, by and through his counsel of record, hereby stipulate as follows:

1.     On February 3, 2026, the Court set a briefing schedule for supplemental briefing related to Movant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. ECF No. 615. The Court directed Movant to file his brief on or before February 24, with the government's response brief to be filed on or before March 10, 2026. *Id*. The Court also directed the parties to meet and confer following the filing of the government's response, regarding whether Movant would choose to reply. *Id*.

2.     Movant filed his Motion for Leave to file his Second Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, as well as the Second Amended Motion itself, on February 24, 2026. ECF Nos. 616, 616-2.

3.     Despite diligence in preparing its response, the government has been delayed by an unusually large caseload and has thus requested from Movant an extension to March 24, to respond. Movant's counsel has indicated she does not object to this extension. Movant's counsel requests

STIPULATION RE BRIEFING SCHEDULE

1

30 days from the filing of the government's response to reply, to which the government does not object.

4.    The parties have conferred regarding a revised briefing schedule and jointly request that the Court modify the schedule as follows:

a)    The government's response to Movant's Motion for Leave to file a Second Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 616), and to the Second Amended Motion itself (ECF No. 616-2) to be filed on or before March 24, 2026.

b)    Movant's reply to the government's response would be filed on or before April 23, 2026.

IT IS SO STIPULATED,

Dated:  March 23, 2026                    ERIC GRANT
                                          United States Attorney

                                          /s/ JAMES CONOLLY
                                          JAMES CONOLLY
                                          Assistant United States Attorney

Dated:  March 23, 2026                    /s/ CAROLYN WIGGIN
                                          CAROLYN WIGGIN
                                          Assistant Federal Defender
                                          Counsel for Defendant/Movant
                                          ELIAS HERNANDEZ-VALENCIA

### [PROPOSED] ORDER

Based on the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Movant's motion under 28 U.S.C. § 2255:

a)    The government's response Movant's Motion for Leave to file a Second Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 616) and to the Second Amended Motion itself (ECF No. 616-2) shall be filed on or before March 24, 2026.

b)    Defendant's reply to the government's response to be filed no later than April 23, 2026.

**IT IS SO ORDERED** this 24th day of March 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE BRIEFING SCHEDULE                    2