HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
CAROLYN M. WIGGIN, State Bar #182732
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
ELIAS HERNANDEZ VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-DJC-SCR-2 |
| Plaintiff/Respondent, | **STIPULATION REVISING BRIEFING SCHEDULE FOR MOTION UNDER 28 U.S.C. SECTION 2255; [PROPOSED] ORDER** |
| v. | |
| ELIAS HERNANDEZ VALENCIA, | |
| Defendant/Movant. | |

The United States, by and through its counsel of record, and Defendant-Movant Elias Hernandez-Valencia, by and through his counsel of record, hereby stipulate as follows::

1. On March 25, 2026, this Court entered an Order providing that the government's response to Movant's Motion for Leave to file a Second Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 616), and to the Second Amended Motion itself (ECF No. 616-2) would  be due by March 26, 2026; and Movant's reply to the government's response would be due on or before April 23, 2026.  ECF 620

2. The government filed its Opposition to Movant's Motion for Leave to file a Second Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 616), and to the Second Amended Motion itself (ECF No. 616-2), on March 24, 2026.  ECF 619.

3. Counsel for Movant has spent much of the last month working and advising colleagues regarding time-sensitive matters in petitions filed under 28 U.S.C. Section 2241 relating to immigration detention. Counsel for Movant needs additional time to prepare the reply brief in this case. Counsel for Movant has asked counsel for the government whether the government opposes a three-week extension of time for Movant to file his reply brief. Counsel for the government has indicated the government does not object.

4. The parties have conferred regarding a revised briefing schedule and jointly request that the Court modify the schedule as follows:

   a. Movant's Reply to the government's Opposition to Movant's Motion for Leave to file a Second Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 616), and to the Second Amended Motion itself (ECF No. 616-2), ECF 619, be due on or before May 14, 2026.

IT IS SO STIPULATED,

Respectfully submitted,

Dated:  April 15, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Defendant-Movant
ELIAS HERNANDEZ VALENCIA

Dated:  April 15, 2026

ERIC GRANT
United States Attorney

/s/ James R. Conolly
JAMES R. CONOLLY
Assistant U.S. Attorney
Attorney for Respondentf

**[~~PROPOSED~~] ORDER**

Based on the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Movant's motion under 28 U.S.C. § 2255:

    a. Movant's Reply to the government's Opposition to Movant's Motion for Leave to file a Second Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 616), and to the Second Amended Motion itself (ECF No. 616-2), ECF 619, be due on or before May 14, 2026.

IT IS SO ORDERED.

Date: May 13, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order re
Briefing Schedule

3

*United States v. Hernandez Valencia*,
2:18-cr-164-DJC-SCR-2